IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02725-BNB

JUSTIN RUEB, #94567, also known as
     JUSTIN J. RUEB, and as
     JUSTIN JOSEPH RUEB,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
ROBERT ALLEN,
EUGENE ATHERTON,
DENNIS BURBANK,
BRIAN BURNETT,
ANTHONY DECESARO,
JOHN DOE #1,
JOHN DOE #2,
JOHN DOE #3,
JOHN DOE #4,
JOHN DOE #5,
SUSAN JONES,
ANGEL MEDINA,
KEVIN MILYARD,
DONICE NEAL,
JOE ORTIZ,
LARRY REID, and
JOHN SUTHERS,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion that Plaintiff, Justin Joseph Rueb, filed **pro se** on April 8, 2011, asking for this case to "move forward" as "non frivolous," and for the Court to serve Defendants. **See** docket no. 21. However, Mr. Rueb has filed an appeal (docket no. 17) in this case from the order denying permissive joinder (docket no. 4). The disposition on appeal may affect the Plaintiff or Plaintiffs entitled to proceed in this action. Therefore, the April 8 motion is denied as premature.

Dated:  April 11, 2011

_____